FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 27, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JOSEPH B GREEN, individually, and as Personal Representative of the Estate of Kari Anna Green,<br><br>        Plaintiff,<br><br>    v.<br><br>KOOTENAI HEART CLINICS, LLC.; KOOTENAI HOSPITAL DISTRICT, d/b/a Kootenai Health, d/b/a Kootenai Heart Clinics; HEIDI SIIRILA; THE CITY OF SPOKANE; THE STATE OF WASHINGTON; THE WASHINGTON STATE DEPARTMENT OF TRANSPORTATION; and CPM DEVELOPMENT CORPORATION, a/k/a Inland Asphalt Company, and JOHN DOES;<br><br>        Defendants. | NO. 2:19-CV-00400-SAB<br><br>**ORDER GRANTING MOTION FOR LEAVE TO AMEND COMPLAINT AND REMAND TO STATE COURT** |

    Before the Court is Plaintiff's Motion for Leave to Amend Complaint and Remand to State Court, ECF No. 23. Plaintiff moves to amend the complaint,

**ORDER GRANTING MOTION TO AMEND AND REMAND ~ 1**

naming non-diverse Defendants the City of Spokane, the State of Washington, and CPM Development Corporation. *Id.* As joinder of these defendants would defeat diversity, the basis for this Court's jurisdiction over this matter, Plaintiff moves to remand. Defendant does not object to either the amended complaint or the motion to remand, and for the reason's stated below, the Court grants both motions.

Plaintiff's original complaint, filed in the Superior Court of the State of Washington for Spokane County, alleges that Defendants Kootenai Heart Clinics, LLC, Kootenai Hospital District, and Heidi Siirila ("Idaho Defendants") negligently caused the death of decedent Kari Anna Green after an automobile/pedestrian collision in Spokane. ECF No. 1. The Idaho Defendants removed this case on the basis of diversity. *Id.* Plaintiff was at all relevant times a resident of Washington, and each of the originally named Defendants are residents of Idaho. *Id.*

In their Answer, the Idaho Defendants identified the City of Spokane as a potentially liable nonparty. ECF No. 6. Plaintiff submitted a notice of claim to the City of Spokane, and in response to the notice of claim, the City of Spokane identified the Washington State Department of Transportation ("WSDOT") as an additional potentially liable nonparty. ECF No. 23. *Id.* Plaintiff submitted a Notice of Claim to the State of Washington, which tendered the claim to a Washington company, CPM Development Company, d/b/a Inland Asphalt Company. *Id.*

Plaintiff moves to amend the complaint with leave of the Court under Fed. R. Civ. P. 15(a)(2), and name the City of Spokane, WDOT, and CPM Development Company ("Washington Defendants") as additional Defendants. *Id.* The Idaho Defendants do not object to this amendment, ECF No. 22, and the Court finds that leave to amend is proper, as there is no indication of bad faith, undue delay, prejudice to the opposing party, or post-amendment futility. *Walters v. Superior Tank Lines Nw. Div., LLC*, 2019 WL 3067299, at *1 (W.D. Wash. July 12, 2019) (quotation omitted).

**ORDER GRANTING MOTION TO AMEND AND REMAND ~ 2**

In this case, because the amendment would operate to join non-diverse Defendants, the Court also considers under 28 U.S.C. § 1447(e) whether: (1) the parties sought to be joined are necessary parties under Rule 19(a); (2) the statute of limitations would bar a newly filed suit against the new parties; (3) the reason for the failure to earlier name the defendants; (4) whether the joinder serves only to defeat federal jurisdiction; (5) the validity of the claims against the new parties; and (6) whether denial of joinder will prejudice the plaintiff. *See Ritchey v. Upjohn Drug Co.*, 139 F.3d 1313, 1318 (9th Cir. 1998). After considering these factors, the Court finds that joinder of the Washington Defendants is appropriate. Thus, the amended complaint at ECF No. 23-1 is accepted as the operative complaint in this matter, and this Court remands the matter to the Spokane County Superior Court. 28 U.S.C. § 1447(e).

Accordingly, **IT IS HEREBY ORDERED:**

1. Plaintiff's Motion for Leave to Amend Complaint and Remand to State Court, ECF No. 23, and the associated Motion to Expedite, ECF No. 24, are **GRANTED**.

2. Because this Court no longer possesses jurisdiction, Plaintiff's civil action is hereby **REMANDED** to Spokane County Superior Court under state Cause No. 19-2-04491-32.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to file this Order, provide copies to counsel, **CLOSE** the file, and **REMAND** the case to Spokane County Superior Court.

**DATED** this 27th day of March 2020.



*Stanley A. Bastian*
Stanley A. Bastian
United States District Judge

ORDER GRANTING MOTION TO AMEND AND REMAND ~ 3